UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 APR 26  AM 9: 44
CLERK ____
SO. DIST. OF GA.

| | |
|---|---|
| WILLIE HEYWARD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV412-086 |
| ) | |
| ATTORNEY BRIAN L. DALY, ) | |
| OFFICER BRENT MINTON, ) | |
| OFFICER ADINA NOLTE, OFFICER ) | |
| SAMUEL HUNT, OFFICER ) | |
| MICHAEL DRAYTON, OFFICER ) | |
| GLENN CASTRO, OFFICER ) | |
| STEVEN KOHLES, DISTRICT ) | |
| ATTORNEY'S OFFICE, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26 day of _April_, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA