UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

WILLIE HEYWARD, JR., )
)
    Plaintiff, )
)
v. ) Case No. CV412-086
)
ATTORNEY BRIAN L. DALY, )
OFFICER BRENT MINTON, )
OFFICER ADINA NOLTE, OFFICER )
SAMUEL HUNT, OFFICER )
MICHAEL DRAYTON, OFFICER )
GLENN CASTRO, OFFICER )
STEVEN KOHLES, DISTRICT )
ATTORNEY'S OFFICE, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26 day of April, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA